■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PATACCHIOLA, Appellant. [736 NYS2d 616] —Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Orange County (Phillips, J.), revoking a sentence of probation previously imposed by the same court (Berry, J.), upon a finding that he had violated a condition thereof, upon his admission, the sentence being an indeterminate term of 1 to 3 years' imprisonment upon his previous conviction of driving while intoxicated as a felony.

Ordered that the appeal is dismissed as academic.

The defendant completed the service of his amended sentence (see, *People v Griffin,* 239 AD2d 936; *People v Coleman,* 179 AD2d 670). Therefore, the appeal must be dismissed as academic. Ritter, Acting P.J., O'Brien, Goldstein, Schmidt and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PATTERSON, Appellant. [736 NYS2d 616] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered March 24, 2000, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was not knowing, voluntary, and intelligent is unpreserved for appellate review, as he failed to move to vacate his plea (see, *People v Lopez,* 71 NY2d 662; *People v Pellegrino,* 60 NY2d 636; *People v Passero,* 222 AD2d 858). In any event, the defendant's contention is without merit (see, *People v Harris,* 61 NY2d 9; *People v McCann,* 289 AD2d 703; *People v Rowe,* 284 AD2d 796; *People v Otero,* 199 AD2d 342). Santucci, J.P., S. Miller, Friedmann and Prudenti, JJ., concur.